**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FILED
2025 JUL -9 PM 1:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____*Rip*_____

Ben Zakarya,
Nima Tirgar Bahnemiri
Plaintiffs,

v.

Wells Fargo Bank, N.A.,
Defendant.

Case No.: **2:25-02969-SPG-AGR**

## CLERK'S ENTRY OF DEFAULT

It appearing from the record that Defendant Wells Fargo Bank, N.A. has failed to plead or otherwise defend in this case as required by law, and that the time allowed for Defendant to respond has expired,

Default is hereby entered against Defendant Wells Fargo Bank, N.A. pursuant to Federal Rule of Civil Procedure 55(a).

Dated: _____
**CLERK OF COURT**


By: _____
**Deputy Clerk**